## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| JANE DOE (H.E.W.), an individual | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 1:23-cv-01456-DII |
| | § | |
| RADISSON HOSPITALITY, | § | |
| INC.; et al. | § | |
| | § | |
| Defendants. | | |

### DEFENDANT LONGHORN HOTELS L.P.'s ORIGINAL ANSWER

Defendant Longhorn Hotels LP files this Original Answer and hereby shows the Court as follows:

### SUMMARY

1.     Defendant admits that Plaintiff filed this lawsuit seeking compensation. Defendant lacks knowledge sufficient to form a belief about the truth of the additional allegation contained in Paragraph 1 of the Summary of Plaintiff's Complaint.

2.     Defendant pleads that the statute speaks for itself and does not require an admission or a denial.

3.     Defendant pleads that the statute speaks for itself and does not require an admission or a denial.

4.     Defendant lacks knowledge sufficient to form a belief about the truth of the allegation.

5.     Defendant pleads that the statute speaks for itself and does not require an admission or a denial.

6.      Defendant lacks knowledge sufficient to form a belief about the truth of the allegation.

7.      Denied as to Defendant.

8.      Denied as to Defendant.

## PARTIES

9.      Defendant lacks knowledge sufficient to form a belief about the truth of the allegation.

### Country Inn & Suites

10.     Defendant lacks knowledge sufficient to form a belief about the truth of the allegation.

11.     Defendant lacks knowledge sufficient to form a belief about the truth of the allegation.

12.     Defendant lacks knowledge sufficient to form a belief about the truth of the allegation.

13.     Defendant lacks knowledge sufficient to form a belief about the truth of the allegation.

14.     Defendant lacks knowledge sufficient to form a belief about the truth of the allegation.

### America's Best Value Inn

15.     Defendant lacks knowledge sufficient to form a belief about the truth of the allegation.

16.     Defendant lacks knowledge sufficient to form a belief about the truth of the allegation.

17.    Defendant lacks knowledge sufficient to form a belief about the truth of the allegation.

18.    Defendant lacks knowledge sufficient to form a belief about the truth of the allegation.

19.    Defendant lacks knowledge sufficient to form a belief about the truth of the allegation.

**Baymont Inn & Suites**

20.    Defendant lacks knowledge sufficient to form a belief about the truth of the allegation.

21.    Defendant lacks knowledge sufficient to form a belief about the truth of the allegation.

22.    Defendant lacks knowledge sufficient to form a belief about the truth of the allegation.

23.    Defendant lacks knowledge sufficient to form a belief about the truth of the allegation.

**Days Inn**

24.    Defendant lacks knowledge sufficient to form a belief about the truth of the allegation.

25.    Defendant lacks knowledge sufficient to form a belief about the truth of the allegation.

26.    Defendant lacks knowledge sufficient to form a belief about the truth of the allegation.

**Super 8**

27.    Defendant admits that Longhorn Hotels, L.P. was a Texas company and that it owned and operated the Super 8 located at 5606 East 51st Street, Austin, Texas 78723 and that Yogesh Kumar is its registered agent.

28.    Defendant lacks knowledge sufficient to form a belief about the truth of the allegation.

29.    Defendant lacks knowledge sufficient to form a belief about the truth of the allegation.

30.    Defendant lacks knowledge sufficient to form a belief about the truth of the allegation.

31.    Defendant lacks knowledge sufficient to form a belief about the truth of the allegation.

32.    Defendant lacks knowledge sufficient to form a belief about the truth of the allegation.

33.    Defendant lacks knowledge sufficient to form a belief about the truth of the allegation.

34.    Defendant lacks knowledge sufficient to form a belief about the truth of the allegation.

**Orangewood Inn & Suites**

35.    Defendant lacks knowledge sufficient to form a belief about the truth of the allegation.

36.    Defendant lacks knowledge sufficient to form a belief about the truth of the allegation.

## JURISDICTION AND VENUE

37.     Defendant admits that the allegations invoke federal jurisdiction.

38.     Defendant admits that venue is proper in this court.

39.     Defendant lacks knowledge sufficient to form a belief about the truth of the allegation.

40.     Defendant lacks sufficient knowledge to either admit or deny the allegations. Defendant admits diversity of the parties.

## FACTS

41.     Defendant lacks knowledge sufficient to form a belief about the truth of the allegation.

42.     Defendant lacks knowledge sufficient to form a belief about the truth of the allegation.

43.     Defendant denies that it participated in the venture alleged by Plaintiff. Regarding the allegation as to the other defendants, defendant lacks knowledge sufficient to form a belief about the truth of the allegation.

44.     Defendant denies that it saw any red flags or that it was on notice as alleged. Defendant lacks knowledge sufficient to form a belief about the truth of the remaining allegation.

45.     Defendant lacks knowledge sufficient to form a belief about the truth of the allegation.

**II.**

46.     Defendant lacks knowledge sufficient to form a belief about the truth of the allegation.

47.     Defendant lacks knowledge sufficient to form a belief about the truth of the allegation.

48.     Defendant lacks knowledge sufficient to form a belief about the truth of the allegation.

49.     Defendant lacks knowledge sufficient to form a belief about the truth of the allegation.

50.     Defendant lacks knowledge sufficient to form a belief about the truth of the allegation.

51.     Defendant denies that it was or should be aware of anything as alleged. Defendant lacks knowledge sufficient to form a belief about the truth of the remaining allegations.

52.     Defendant lacks knowledge sufficient to form a belief about the truth of the allegation.

53.     Defendant asserts that the statute speaks for itself and does not require admission or denial. Defendant denies the remaining allegations.

54.     Defendant lacks knowledge sufficient to form a belief about the truth of the allegation.

55.     Denied.

56.     Defendant lacks knowledge sufficient to form a belief about the truth of the allegation.

57.     Defendant lacks knowledge sufficient to form a belief about the truth of the allegation.

58.    Defendant lacks knowledge sufficient to form a belief about the truth of the allegation.

59.    Defendant denies the allegations as to Defendant. Defendant lacks knowledge sufficient to form a belief about the truth of the remaining allegations.

60.    Denied.

61.    Denied.

62.    Denied.

63.    Denied.

**III.**

64.    Defendant lacks knowledge sufficient to form a belief about the truth of the allegations.

65.    Defendant lacks knowledge sufficient to form a belief about the truth of the allegation.

66.    Defendant lacks knowledge sufficient to form a belief about the truth of the allegation.

67.    Defendant lacks knowledge sufficient to form a belief about the truth of the allegation.

68.    Defendant lacks knowledge sufficient to form a belief about the truth of the allegation.

69.    Defendant lacks knowledge sufficient to form a belief about the truth of the allegation.

70.    Defendant lacks knowledge sufficient to form a belief about the truth of the allegation.

71.     Defendant lacks knowledge sufficient to form a belief about the truth of the allegation.

72.     Defendant lacks knowledge sufficient to form a belief about the truth of the allegation.

73.     Defendant lacks knowledge sufficient to form a belief about the truth of the allegation.

74.     Defendant lacks knowledge sufficient to form a belief about the truth of the allegation.

75.     Defendant lacks knowledge sufficient to form a belief about the truth of the allegation.

76.     Defendant lacks knowledge sufficient to form a belief about the truth of the allegation.

77.     Defendant lacks knowledge sufficient to form a belief about the truth of the allegation.

78.     Denied as to Defendant. Defendant lacks knowledge sufficient to form a belief about the truth of the remaining allegation.

79.     Defendant lacks knowledge sufficient to form a belief about the truth of the allegation.

80.     Defendant lacks knowledge sufficient to form a belief about the truth of the allegation.

81.     Defendant lacks knowledge sufficient to form a belief about the truth of the allegation.

82.     Defendant lacks knowledge sufficient to form a belief about the truth of the allegation.

83.     Defendant lacks knowledge sufficient to form a belief about the truth of the allegation.

84.     Defendant lacks knowledge sufficient to form a belief about the truth of the allegation.

85.     Defendant lacks knowledge sufficient to form a belief about the truth of the allegation.

86.     Defendant lacks knowledge sufficient to form a belief about the truth of the allegation.

87.     Defendant lacks knowledge sufficient to form a belief about the truth of the allegation.

88.     Defendant lacks knowledge sufficient to form a belief about the truth of the allegation.

89.     Defendant lacks knowledge sufficient to form a belief about the truth of the allegation.

90.     Defendant lacks knowledge sufficient to form a belief about the truth of the allegation.

91.     Defendant lacks knowledge sufficient to form a belief about the truth of the allegation.

92.     Defendant lacks knowledge sufficient to form a belief about the truth of the allegation.

93.    Defendant lacks knowledge sufficient to form a belief about the truth of the allegation.

94.    Defendant lacks knowledge sufficient to form a belief about the truth of the allegation.

95.    Defendant lacks knowledge sufficient to form a belief about the truth of the allegation.

96.    Defendant lacks knowledge sufficient to form a belief about the truth of the allegation.

97.    Defendant lacks knowledge sufficient to form a belief about the truth of the allegation.

98.    Defendant lacks knowledge sufficient to form a belief about the truth of the allegation.

99.    Defendant lacks knowledge sufficient to form a belief about the truth of the allegation.

100.    Defendant lacks knowledge sufficient to form a belief about the truth of the allegation.

101.    Defendant lacks knowledge sufficient to form a belief about the truth of the allegation.

102.    Defendant lacks knowledge sufficient to form a belief about the truth of the allegation.

103.    Defendant lacks knowledge sufficient to form a belief about the truth of the allegation.

104.    Defendant lacks knowledge sufficient to form a belief about the truth of the allegation.

105.    Defendant lacks knowledge sufficient to form a belief about the truth of the allegation.

106.    Defendant lacks knowledge sufficient to form a belief about the truth of the allegation.

107.    Defendant lacks knowledge sufficient to form a belief about the truth of the allegation.

108.    Defendant lacks knowledge sufficient to form a belief about the truth of the allegation.

109.    Defendant lacks knowledge sufficient to form a belief about the truth of the allegation.

110.    Defendant lacks knowledge sufficient to form a belief about the truth of the allegation.

111.    Defendant lacks knowledge sufficient to form a belief about the truth of the allegation.

112.    Defendant lacks knowledge sufficient to form a belief about the truth of the allegation.

113.    Defendant lacks knowledge sufficient to form a belief about the truth of the allegation.

114.    Defendant lacks knowledge sufficient to form a belief about the truth of the allegation.

115.    Defendant lacks knowledge sufficient to form a belief about the truth of the allegation.

116.    Defendant lacks knowledge sufficient to form a belief about the truth of the allegation.

117.    Defendant lacks knowledge sufficient to form a belief about the truth of the allegation.

118.    Defendant lacks knowledge sufficient to form a belief about the truth of the allegation.

119.    Defendant lacks knowledge sufficient to form a belief about the truth of the allegation.

120.    Defendant lacks knowledge sufficient to form a belief about the truth of the allegation.

121.    Defendant lacks knowledge sufficient to form a belief about the truth of the allegation.

122.    Defendant lacks knowledge sufficient to form a belief about the truth of the allegation.

123.    Defendant lacks knowledge sufficient to form a belief about the truth of the allegation.

124.    Defendant lacks knowledge sufficient to form a belief about the truth of the allegation.

125.    Defendant lacks knowledge sufficient to form a belief about the truth of the allegation.

126.   Defendant lacks knowledge sufficient to form a belief about the truth of the allegation.

127.   Defendant lacks knowledge sufficient to form a belief about the truth of the allegation.

128.   Defendant lacks knowledge sufficient to form a belief about the truth of the allegation.

129.   Defendant lacks knowledge sufficient to form a belief about the truth of the allegation.

130.   Defendant lacks knowledge sufficient to form a belief about the truth of the allegation.

131.   Defendant lacks knowledge sufficient to form a belief about the truth of the allegation.

132.   Defendant lacks knowledge sufficient to form a belief about the truth of the allegation.

133.   Defendant lacks knowledge sufficient to form a belief about the truth of the allegation.

134.   Defendant lacks knowledge sufficient to form a belief about the truth of the allegation.

135.   Defendant lacks knowledge sufficient to form a belief about the truth of the allegation.

136.   Defendant lacks knowledge sufficient to form a belief about the truth of the allegation.

137.   Defendant lacks knowledge sufficient to form a belief about the truth of the allegation.

138.   Defendant lacks knowledge sufficient to form a belief about the truth of the allegation.

139.   Defendant lacks knowledge sufficient to form a belief about the truth of the allegation.

140.   Defendant lacks knowledge sufficient to form a belief about the truth of the allegation.

141.   Defendant lacks knowledge sufficient to form a belief about the truth of the allegation.

142.   Defendant lacks knowledge sufficient to form a belief about the truth of the allegation.

143.   Defendant lacks knowledge sufficient to form a belief about the truth of the allegation.

144.   Defendant lacks knowledge sufficient to form a belief about the truth of the allegation.

145.   Defendant lacks knowledge sufficient to form a belief about the truth of the allegation.

146.   Defendant lacks knowledge sufficient to form a belief about the truth of the allegation.

147.   Defendant lacks knowledge sufficient to form a belief about the truth of the allegation.

148.    Defendant lacks knowledge sufficient to form a belief about the truth of the allegation.

149.    Defendant lacks knowledge sufficient to form a belief about the truth of the allegation.

150.    Defendant lacks knowledge sufficient to form a belief about the truth of the allegation.

151.    Defendant lacks knowledge sufficient to form a belief about the truth of the allegation.

152.    Denied as to Defendant. Defendant lacks knowledge sufficient to form a belief about the truth of the remaining allegations.

153.    Denied as to Defendant. Defendant lacks knowledge sufficient to form a belief about the truth of the remaining allegations.

154.    Denied as to Defendant. Defendant lacks knowledge sufficient to form a belief about the truth of the remaining allegations.

155.    Denied as to Defendant. Defendant lacks knowledge sufficient to form a belief about the truth of the remaining allegations.

156.    Denied as to Defendant. Defendant lacks knowledge sufficient to form a belief about the truth of the remaining allegations.

157.    Denied as to Defendant. Defendant lacks knowledge sufficient to form a belief about the truth of the remaining allegations.

158.    Defendant lacks knowledge sufficient to form a belief about the truth of the remaining allegations.

159.    Defendant lacks knowledge sufficient to form a belief about the truth of the remaining allegations.

160.    Defendant lacks knowledge sufficient to form a belief about the truth of the remaining allegations.

161.    Defendant lacks knowledge sufficient to form a belief about the truth of the remaining allegations.

162.    Denied as to Defendant. Defendant lacks knowledge sufficient to form a belief about the truth of the remaining allegations.

163.    Denied as to Defendant. Defendant lacks knowledge sufficient to form a belief about the truth of the remaining allegations.

164.    Denied as to Defendant. Defendant lacks knowledge sufficient to form a belief about the truth of the remaining allegations.

165.    Denied as to Defendant. Defendant lacks knowledge sufficient to form a belief about the truth of the remaining allegations.

166.    Denied as to Defendant. Defendant lacks knowledge sufficient to form a belief about the truth of the remaining allegations.

167.    Denied as to Defendant. Defendant lacks knowledge sufficient to form a belief about the truth of the remaining allegations.

168.    Denied as to Defendant. Defendant lacks knowledge sufficient to form a belief about the truth of the remaining allegations.

169.    Denied as to Defendant. Defendant lacks knowledge sufficient to form a belief about the truth of the remaining allegations.

170.   Denied as to Defendant. Defendant lacks knowledge sufficient to form a belief about the truth of the remaining allegations.

171.   Denied as to Defendant. Defendant lacks knowledge sufficient to form a belief about the truth of the remaining allegations.

172.   Denied as to Defendant. Defendant lacks knowledge sufficient to form a belief about the truth of the remaining allegations.

173.   Denied as to Defendant. Defendant lacks knowledge sufficient to form a belief about the truth of the remaining allegations.

174.   Denied as to Defendant. Defendant lacks knowledge sufficient to form a belief about the truth of the remaining allegations.

175.   Denied as to Defendant. Defendant lacks knowledge sufficient to form a belief about the truth of the remaining allegations.

176.   Denied as to Defendant. Defendant lacks knowledge sufficient to form a belief about the truth of the remaining allegations.

177.   Denied as to Defendant. Defendant lacks knowledge sufficient to form a belief about the truth of the remaining allegations.

178.   Denied as to Defendant. Defendant lacks knowledge sufficient to form a belief about the truth of the remaining allegations.

179.   Denied as to Defendant. Defendant lacks knowledge sufficient to form a belief about the truth of the remaining allegations.

180.   Denied as to Defendant. Defendant lacks knowledge sufficient to form a belief about the truth of the remaining allegations.

181.   Denied as to Defendant. Defendant lacks knowledge sufficient to form a belief about the truth of the remaining allegations.

182.   Denied as to Defendant. Defendant lacks knowledge sufficient to form a belief about the truth of the remaining allegations.

183.   Denied as to Defendant. Defendant lacks knowledge sufficient to form a belief about the truth of the remaining allegations.

184.   Denied as to Defendant. Defendant lacks knowledge sufficient to form a belief about the truth of the remaining allegations.

185.   Denied as to Defendant. Defendant lacks knowledge sufficient to form a belief about the truth of the remaining allegations.

186.   Denied as to Defendant. Defendant lacks knowledge sufficient to form a belief about the truth of the remaining allegations.

187.   Denied as to Defendant. Defendant lacks knowledge sufficient to form a belief about the truth of the remaining allegations.

188.   Denied as to Defendant. Defendant lacks knowledge sufficient to form a belief about the truth of the remaining allegations.

189.   Denied as to Defendant. Defendant lacks knowledge sufficient to form a belief about the truth of the remaining allegations.

190.   Denied as to Defendant. Defendant lacks knowledge sufficient to form a belief about the truth of the remaining allegations.

191.   Denied as to Defendant. Defendant lacks knowledge sufficient to form a belief about the truth of the remaining allegations.

192.    Denied as to Defendant. Defendant lacks knowledge sufficient to form a belief about the truth of the remaining allegations.

193.    Denied as to Defendant. Defendant lacks knowledge sufficient to form a belief about the truth of the remaining allegations.

194.    Denied as to Defendant. Defendant lacks knowledge sufficient to form a belief about the truth of the remaining allegations.

195.    Denied as to Defendant. Defendant lacks knowledge sufficient to form a belief about the truth of the remaining allegations.

196.    Denied as to Defendant. Defendant lacks knowledge sufficient to form a belief about the truth of the remaining allegations.

197.    Denied as to Defendant. Defendant lacks knowledge sufficient to form a belief about the truth of the remaining allegations.

198.    Denied as to Defendant. Defendant lacks knowledge sufficient to form a belief about the truth of the remaining allegations.

199.    Denied as to Defendant. Defendant lacks knowledge sufficient to form a belief about the truth of the remaining allegations.

200.    Denied as to Defendant. Defendant lacks knowledge sufficient to form a belief about the truth of the remaining allegations.

201.    Denied as to Defendant. Defendant lacks knowledge sufficient to form a belief about the truth of the remaining allegations.

202.    Defendant lacks knowledge sufficient to form a belief about the truth of the remaining allegations.

203.    Denied as to Defendant. Defendant lacks knowledge sufficient to form a belief about the truth of the remaining allegations.

204.    Defendant lacks knowledge sufficient to form a belief about the truth of the remaining allegations.

205.    Defendant lacks knowledge sufficient to form a belief about the truth of the remaining allegations.

206.    Defendant lacks knowledge sufficient to form a belief about the truth of the remaining allegations.

207.    Defendant lacks knowledge sufficient to form a belief about the truth of the remaining allegations.

208.    Defendant lacks knowledge sufficient to form a belief about the truth of the remaining allegations.

209.    Defendant lacks knowledge sufficient to form a belief about the truth of the remaining allegations.

210.    Defendant lacks knowledge sufficient to form a belief about the truth of the remaining allegations.

211.    Defendant lacks knowledge sufficient to form a belief about the truth of the remaining allegations.

212.    Defendant lacks knowledge sufficient to form a belief about the truth of the remaining allegations.

213.    Defendant lacks knowledge sufficient to form a belief about the truth of the remaining allegations.

214. Defendant lacks knowledge sufficient to form a belief about the truth of the remaining allegations.

215. Defendant lacks knowledge sufficient to form a belief about the truth of the remaining allegations.

216. Defendant lacks knowledge sufficient to form a belief about the truth of the remaining allegations.

217. Defendant lacks knowledge sufficient to form a belief about the truth of the remaining allegations.

218. Defendant lacks knowledge sufficient to form a belief about the truth of the remaining allegations.

219. Defendant lacks knowledge sufficient to form a belief about the truth of the remaining allegations.

220. Defendant lacks knowledge sufficient to form a belief about the truth of the remaining allegations.

221. Defendant lacks knowledge sufficient to form a belief about the truth of the remaining allegations.

222. Defendant lacks knowledge sufficient to form a belief about the truth of the remaining allegations.

223. Defendant lacks knowledge sufficient to form a belief about the truth of the remaining allegations.

224. Defendant lacks knowledge sufficient to form a belief about the truth of the remaining allegations.

225.    Defendant lacks knowledge sufficient to form a belief about the truth of the remaining allegations.

226.    Defendant lacks knowledge sufficient to form a belief about the truth of the remaining allegations.

227.    Denied.

228.    Defendant lacks knowledge sufficient to form a belief about the truth of the remaining allegations.

229.    Denied as to Defendant. Defendant lacks knowledge sufficient to form a belief about the truth of the remaining allegations.

230.    Denied as to Defendant. Defendant lacks knowledge sufficient to form a belief about the truth of the remaining allegations.

231.    Denied as to Defendant. Defendant lacks knowledge sufficient to form a belief about the truth of the remaining allegations.

232.    Denied as to Defendant. Defendant lacks knowledge sufficient to form a belief about the truth of the remaining allegations.

233.    Denied as to Defendant. Defendant lacks knowledge sufficient to form a belief about the truth of the remaining allegations.

234.    Denied as to Defendant. Defendant lacks knowledge sufficient to form a belief about the truth of the remaining allegations.

235.    Denied as to Defendant. Defendant lacks knowledge sufficient to form a belief about the truth of the remaining allegations.

236.    Denied as to Defendant. Defendant lacks knowledge sufficient to form a belief about the truth of the remaining allegations.

237.    Denied as to Defendant. Defendant lacks knowledge sufficient to form a belief about the truth of the remaining allegations.

238.    Denied as to Defendant. Defendant lacks knowledge sufficient to form a belief about the truth of the remaining allegations.

239.    Denied as to Defendant. Defendant lacks knowledge sufficient to form a belief about the truth of the remaining allegations.

240.    Denied as to Defendant. Defendant lacks knowledge sufficient to form a belief about the truth of the remaining allegations.

241.    Denied as to Defendant. Defendant lacks knowledge sufficient to form a belief about the truth of the remaining allegations.

242.    Denied as to Defendant. Defendant lacks knowledge sufficient to form a belief about the truth of the remaining allegations.

243.    Denied as to Defendant. Defendant lacks knowledge sufficient to form a belief about the truth of the remaining allegations.

244.    Defendant lacks knowledge sufficient to form a belief about the truth of the remaining allegations.

245.    Denied.

246.    Denied.

247.    Denied.

248.    Denied.

249.    Denied.

250.    Denied.

251.    Denied.

149.    Denied.

150.    Denied.

151.    Denied.

152.    Defendant admits that Plaintiff demands a jury trial.

153.    Defendant denies all relief requested.

## AFFIRMATIVE DEFENSES

1.    Defendant asserts that Plaintiff's claims are barred in whole or in part by the statute of limitations.

2.    Defendant asserts that Plaintiff's claims are barred in whole or in party by the contributory negligence of Plaintiff and third parties not within this Defendant's control.

3.    Defendant asserts that Plaintiff's claims are barred because Plaintiff failed to mitigate her damages.

4.    Defendant additionally alleges that Plaintiff's voluntarily committed the acts complained of and that such acts constitute prostitution which is illegal under Texas law.

Respectfully submitted,

SEGAL MCCAMBRIDGE SINGER & MAHONEY, LTD.

By:    */s/Wesley T. Welmaker*
       Peter Strelitz
       Texas Bar No. 24003017
       pstrelitz@smsm.com
       Wesley T. Welmaker

Texas Bar No. 00795826
wwelmaker@smsm.com
Andrew Weatherby
Texas Bar No. 24098583

One Riverway, Suite 1625
Houston, Texas 77056
Tel. (713) 333-7600
Fax (713) 333-7601
**ATTORNEYS FOR LONGHORN
HOTELS LP**

## CERTIFICATE OF SERVICE

    I certify a true and correct copy of this document has been served on all counsel of record via the Court's ECF system on March 6, 2025.

      /s/ *Wesley T. Welmaker*
      Wesley T. Welmaker