# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

**JANE DOE (H.E.W.)**

-vs-

**RADISSON HOSPITALITY, INC. et al.**

Case No. __1:23-cv-01456-DII__

## O R D E R

BE IT REMEMBERED on this the _____ day of _____, 20___, there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by __**D. Sterling Kidd**__ ("Applicant"), counsel for __Radisson Hospitality, Inc.; Country Inn & Suites by Radisson, Inc.; and Choice Hotels International, Inc.__ and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant may appear on behalf of __Radisson Hospitality, Inc.; Country Inn & Suites by Radisson, Inc.; and Choice Hotels International, Inc.__ in the above case.

IT IS FURTHER ORDERED that Applicant, if Applicant has not already done so, shall, in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**.

IT IS FURTHER ORDERED that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

IT IS FINALLY ORDERED that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

SIGNED this the _____ day of _____ 20___.

_____
UNITED STATES DISTRICT JUDGE