IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JANE DOE (H.E.W.), | § | |
|     Plaintiff, | § | |
| v. | § | |
| | § | A-23-CV-1456-RP |
| RADISSON HOSPITALITY, INC., et al., | § § § | |
|     Defendants. | § | |

## ORDER SETTING HEARING

Before the court are Defendants' Motion to Exclude Testimony of Rochelle Keyhan (Dkt. 161), Defendant A&D Hotel LLC's Motion to Exclude or Limit Testimony of Katy Fowler, PsyD (Dkt. 165), and Plaintiff's Motion to Strike or Exclude the Expert Testimony of Bob Miljenovich (Dkt. 166).[1] The court **SETS** these motions for hearing at **2:00 p.m.** on **February 5, 2026** in Courtroom Eight on the seventh floor of the Federal Courthouse located at **501 W. 5th Street, Austin, Texas 78701.**

SIGNED January 20, 2026.

_____
MARK LANE
UNITED STATES MAGISTRATE JUDGE

---

[1] The motions and related briefing were referred to the undersigned for disposition by United States District Judge Robert Pitman pursuant to 28 U.S.C. § 636(b), Federal Rule of Civil Procedure 72, and Rule 1(c) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas. *See* Text Orders dated Jan. 6, 2026.