UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JANE DOE (H.E.W.), an Individual | § § § | |
| *Plaintiff* | § § | |
| v. | § § | |
| RADISSON HOSPITALITY, INC.; ARBORETUM HOSPITALITY, INC.; COUNTRY INN & SUITES BY RADISSON, INC.; CHOICE HOTELS INTERNATIONAL, INC.; AMIN DEVELOPMENT CORPORATION; VHGI, INC.; VANTAGE FRANCHISING INC.; OM NAMA MAHA LAXMI, L.L.C.; WYNDHAM HOTELS & RESORTS, INC.; WYNDHAM HOTEL GROUP, LLC; BAYMONT FRANCHISE SYSTEMS, INC.; SUPER 8 WORLDWIDE, INC.; LONGHORN HOTELS, L.P.; SARI ASSOCIATES, L.L.C.; DAYS INNS WORLDWIDE, L.L.C.; A&D HOTEL, L.L.C. | § § § § § § § § § § § § § § § § § | Civil Action No.: 1:23-cv-01456 |
| *Defendants* | § | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE PRESIDING JUDGE:

NOW COMES Plaintiff, JANE DOE (H.E.W.), and Defendant, AMIN DEVELOPMENT CORPORATION D/B/A AMERICAS BEST VALUE INN, (hereinafter referred to as the "Parties"), and, pursuant to Rule of Civil Procedure 41(a)(2) and (c), jointly file this motion to dismiss with prejudice, and state as follows:

1. The parties have settled the Plaintiff's claims for relief asserted in this litigation.

2. All matters in controversy between the parties have been fully and finally comprised and settled.

3. The parties request the Court to dismiss with prejudice all claims between the parties that were brought in this cause.

4.      All conditions to said settlement agreement have been performed and the controversy which has been the subject to this dispute between these parties is now fully resolved.

5.      Pursuant to Rule of Civil Procedure 41(a)(2) and (c), the Plaintiff and Defendant, AMIN DEVELOPMENT CORPORATION D/B/A AMERICAS BEST VALUE INN, jointly request that the Court enter an order dismissing Plaintiff's claims against AMIN DEVELOPMENT CORPORATION D/B/A AMERICAS BEST VALUE INN with prejudice to re-filing same, and further providing that each party shall bear their own respective costs and attorney's fees.

WHEREFORE, Plaintiff, JANE DOE (H.E.W.), and Defendant, AMIN DEVELOPMENT CORPORATION D/B/A AMERICAS BEST VALUE INN, request that this Court dismiss Plaintiff's claims against AMIN DEVELOPMENT CORPORATION D/B/A AMERICAS BEST VALUE INN with prejudice to re-filing same, and further order that each party shall bear their own respective costs and attorney's fees.

DATED: January 15, 2026.

Respectfully submitted:

CHUNN PRICE & HARRIS, PLLC
1150 N. Loop 1604 W., Ste. 108-467
San Antonio, Texas 78248
Tel: (210) 308-6677
Fax: (210) 525-0960
Email: tprice@cphattorneys.com

_____
TIMOTHY R. PRICE
State Bar No. 16307800
ABBY R. LUBBOCK
Federal Bar No. 161416
*Attorneys for Defendant, Amin Development Corporation d/b/a Americas Best Value Inn*

PROVOST★UMPHREY LAW FIRM, L.L.P.
350 Pine Street, Suite 1100
Beaumont, Texas 77701
(409) 835-6000
(409) 838-8888 Facsimile
Email: cbrown@pulf.com
Email: bblevins@provostumphrey.com
Email: mmatheny@pulf.com
Email: cmoore@pulf.com

_/s/ Bryan O. Blevins_

BRYAN O. BLEVINS
State Bar No. 02487300
CLAIRE BROWN
State Bar No. 24108010
MATTHEW C. MATHENY
State Bar No. 24039040
COLIN D. MOORE
State Bar No. 24041513

-AND-

ANNIE MCADAMS PC
Annie McAdams
State Bar No. 24051014
2900 North Loop West, Suite 1130
Houston, TX 77092
(409) 785-6262 Telephone
(866) 713-6141 Facsimile
Email: annie@mcadamspc.com
*Attorneys for Plaintiff, Jane Doe (H.E.W.)*