UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Jane Doe | § § § | |
| vs. | § § § | NO:   AU:23-CV-01456-RP |
| Radisson Hospitality, Inc., et al | | |

## ORDER RESETTING HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case is reset for JURY SELECTION AND TRIAL in Courtroom 4, on the Fifth Floor, United States Courthouse, 501 West Fifth Street, Austin, TX, on June 15, 2026 at 9:30am.

Jury selection may be conducted by a Magistrate Judge and may occur the Friday before the case is set for trial. Because criminal and civil cases are often set for the same trial week, the Court may need to reschedule your trial shortly before the trial date. If the parties resolve their dispute after 5:00 p.m. the day before jury selection or resolve their dispute earlier but fail to timely notify the Court, the parties may be assessed up to $5,000 for the lost opportunity to schedule other matters and to cover court costs like summoning the jury panel and paying the fees of the jury panel.

SIGNED THIS 23rd day of February, 2026 .

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE